584 A.2d 246

STATE OF NEW JERSEY v. ROBERT JOHNSON.

June 11, 1990.

Petition for certification denied.

584 A.2d 246

STATE OF NEW JERSEY v. JAMES BAKER.

June 11, 1990.

Petition for certification denied.

584 A.2d 246

STATE OF NEW JERSEY v. ROBERT SMITH.

June 11, 1990.

Petition for certification denied.

584 A.2d 247

HELEN GOLDMAN v. PASQUALE PETRALIA.

June 11, 1990.

Petition for certification denied.

584 A.2d 247

R.G. KENLIN CO. v. SHOE FIT CORP. AND CHARLES WONG.

June 11, 1990.

Petition for certification denied.